CLERKS OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

February 05, 2026

LAURA A. AUSTIN, CLERK
BY: s/ K. SAVILLE
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

UNITED STATES OF AMERICA

v.

RONTAE LAMONT PERKINS

Case No. 6:26mj13

**Filed Under Seal**

## MOTION TO SEAL

Comes now the United States of America, through its attorney, and respectfully requests that this motion, the above-captioned criminal complaint, the supporting affidavit, the arrest warrant, and any other supporting documentation in this case be sealed.

1.    The United States avers that disclosure of the above-captioned complaint and supporting documents prior to the target's arrest would jeopardize the investigation and capture of the defendant; and

2.    The United States requests that the complaint be sealed for thirty (30) days or until the arrest of the defendant, whichever is sooner.

Respectfully submitted,

ROBERT N. TRACCI
Acting United States Attorney

Date: February 5, 2026

*/s/ Keith A. Parrella*
Keith A. Parrella
Assistant United States Attorney
Arizona State Bar No. 019243
United States Attorney's Office
310 First Street, SW, 9th Floor
Roanoke, Virginia 24011
Telephone: 540-857-2250
Facsimile: (540) 857-2283
Email: Keith.Parrella@usdoj.gov

1